United States District Court
Middle District of Florida
Jacksonville Division

**ANTONIO UPSON,**

    *Plaintiff,*

v.                                                            **NO. 3:24-cv-1188-PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

---

# Order

The Commissioner of Social Security moves to reverse the decision below and remand the case. Doc. 25. Considering the absence of opposition and the authority described in the motion, the Court:

1. **grants** the motion, Doc. 25;

2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3. **remands** the case to the Commissioner for further consideration and administrative action; and

4. **directs** the clerk to enter judgment for Antonio Upson and against the Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on May 20, 2025.

*Patricia D. Barksdale*
Patricia D. Barksdale
*United States Magistrate Judge*